UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN CHARLES KLEMENT,<br><br>  Plaintiff,<br><br>  v.<br><br>G. LIZAOLA, et al.,<br><br>  Defendants. | NO. EDCV 18-560-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

On August 28, 2020, Plaintiff filed a motion requesting the Court grant Plaintiff "45-days to cure any deficiencies in [his]1st amended complaint." (Dkt. No. 101.)

IT IS ORDERED as follows:

(1) Defendant Lizaola's motion to dismiss (Dkt. No. 73) is granted in part and denied in part.

(2) Defendants Hendrickson, Wilson, Cruz and Chavez (Dkt. No. 77) motion to dismiss is granted as follows: (a) Claim One against all Defendants is dismissed with leave to amend; (b) the motion to dismiss Claim Two against Defendant Lizaola is

denied; (c) Claim Two against Defendants Hendrickson, Wilson, Cruz and Chavez is dismissed with leave to amend; and (d) Claim Three against all Defendants is dismissed without leave to amend; and

(3) Plaintiff is granted leave to file a Second Amended Complaint consistent with this Report within 45 days after entry of this order. (Dkt. No. 101.)

If Plaintiff elects not to file a Second Amended Complaint, this action will proceed on Claim Two against Defendant Lizaola.

(4) The case is referred to the Magistrate Judge for further proceedings.

DATED: September 2, 2020

R. GARY KLAUSNER
United States District Judge