UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN CHARLES KLEMENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. LIZAOLA, et al.,<br><br>　　　　　Defendants. | NO.  EDCV 18-560-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Defendant Cruz has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　Defendant Cruz objects that Plaintiff has not alleged that he was in custody as a pretrial detainee for purposes of Claim Three.  Plaintiff alleges, however, that the events underlying Claim Three occurred after he was arrested, beaten and taken to the hospital, and before the felony complaint was filed against him.  (Second Amended Complaint ("SAC") at 11-13.)  Defendant's objection is without merit.

　　　　IT IS ORDERED that Defendants' motion to dismiss the Second Amended Complaint is GRANTED IN PART AND DENIED IN PART as follows:.

   (1) the motion to dismiss Claim One against Defendant Lizaola is denied;

   (2) the motion to dismiss Claim One against Defendants Hendrickson, Wilson, Cruz, and Chavez is granted without leave to amend;

   (3) Claim Two against all Defendants is dismissed without leave to amend;

   (4) the motion to dismiss Claim Three under 42 U.S.C. § 1983 against Defendant Cruz is denied;

   (5) Claim Three under 42 U.S.C. § 1985 is dismissed;

   (6) Defendant Fitch is dismissed; and

   (7) Defendant Lizaola is ordered to respond to Claim One and Defendant Cruz to respond to Claim Three under 42 U.S.C. § 1983 within 30 days after entry of this order.

DATED: September 23, 2021

R. GARY KLAUSNER  
United States District Judge