JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN CHARLES KLEMENT, an individual, | CASE NO. 5:18-CV-00560-RGK-AGR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| G. LIZAOLA, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's orders in this action, IT IS THEREFORE ORDERED AND ADJUDGED that judgment in this action is entered in favor of Defendants.

DATED: October 19, 2022

_____
R. Gary Klausner, Judge
United States District Court